# Decisions Announced without Opinions During the Period Covered by this Volume.

No. 19. TERRITORY OF HAWAII *v.* WING TUNG. Appeal from District Court, South Hilo. Submitted January 6, 1902. Decided January 6, 1902. Forfeiture of spirituous liquors under Section 455, Penal Laws. Appeal by defendant. *Per Curiam.* Judgment appealed from reversed. Case remitted to District Court with instructions to sustain defendant's demurrer, and for such further proceedings, if any, as may be proper. *Attorney General E. P. Dole* for prosecution. *Thos. Fitch* and *W. S. Wise* for defendant.

No. 35. *In re* ASSESSMENT OF TAXES, JULIA K. HUNT AND BECKY A. HUNT. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 6, 1902. Decided January 18, 1902. Two pieces of land at Iwilei, Oahu: (a) one third of an acre, returned, with improvements, at $1200, assessed at $4800; (b) two thirds of an acre, returned, with improvements, at $2000, assessed at $9600. Both pieces, with improvements, jointly valued by Tax Appeal Court at $7200. Appeal by Assessor. *Per Curiam.* Valuation fixed by Tax Appeal Court affirmed. *Robertson & Wilder* for Assessor. *Peterson & Matthewman* for tax-payer.

No. 38. *In re* ASSESSMENT OF TAXES, JAMES CAMPBELL ESTATE. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 6, 1902. Decided January 18,